**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| EDWARDS LIFESCIENCES LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>SYNCO RESEARCH SOLUTIONS, LLC a Nevada limited liability company; FREDDIE CARTER, an individual; FAIZ SAYED, an individual; ANDREW MCCOY, an individual; REGINALD WALTON, an individual; and JACOB RIVERA, an individual; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 8:20-cv-02270-JLS-DFM<br><br>ASSIGNED TO:<br>   Hon. Josephine L. Staton<br>   Courtroom 10A<br><br>**ORDER GRANTING STIPULATED PRELIMINARY INJUNCTION AGAINST DEFENDANTS (Doc. 32)** |

The Court, having considered the First Amended Complaint in this action and the Stipulation for Entry of Preliminary Injunction by and between Edwards Lifesciences LLC ("Edwards" or "Plaintiff") and Defendant Synco Research Solutions, LLC ("Synco") and individual Defendants Freddie Carter, Faiz Sayed, Andrew McCoy, Reginald Walton, and Jacob Rivera (collectively, the "Individual Defendants" and together with Synco, the "Defendants"); and good cause appearing, issues the following Order:

From the entry of this Court's Order through the trial of the above-captioned action or further order of the Court, Defendants and each of them and, as appropriate, their respective members, officers, employees, agents, representatives, limited liability companies in which they own an interest and anyone acting in concert with any of them:

1. are immediately enjoined and must refrain from using, disclosing, transferring, communicating or permitting anyone else to use or disclose or transfer any Edwards confidential information and trade secrets which include, but are not limited to, Edwards' clinical trial protocols, clinical trial site lists, contact lists, clinical trial instructions, standard operating procedures ("SOPs"), clinical trial training materials, including training logs, monitoring plans, compliance reports, and/or any other internal business and operational methods, techniques, strategies, processes, procedures or other similar information, and specifically including without limitation the materials specifically identified in the attached Exhibit A which also includes Edwards documents that were in the possession of the individual Defendants after their employment terminated (collectively, the "Edwards Confidential Information") and/or any materials derived from or which contain Edwards Confidential Information; and

2. must refrain from deleting, destroying any electronic or hard copy document communications (including metadata) that were used to communicate any Edwards Confidential Information to any person or entity which information

1  shall be segregated, including any data contained on any of Defendants' home and
2  business computers (including laptops and desktops), memory devices, mobile
3  telephones, electronic data storage media, "cloud"-based file storage accounts, or
4  personal email accounts.

6  **IT IS SO ORDERED.**

8  DATED: January 11, 2021

   _____
   Hon. Josephine L. Staton
   United States District Judge