1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARDS LIFESCIENCES LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>SYNCO RESEARCH SOLUTIONS, LLC a Nevada limited liability company; FREDDIE CARTER, an individual; FAIZ SAYED, an individual; ANDREW MCCOY, an individual; REGINALD WALTON, an individual; and JACOB RIVERA, an individual; CARTER'S RESEARCH ASSOCIATES, LLC, a Georgia limited liability company; SYNCO RESEARCH SOLUTIONS FL, LLC, a Florida limited liability company; SYNCO RESEARCH SOLUTIONS MS LLC, a Mississippi limited liability company; SYNCO RESEARCH SOLUTIONS NV LLC, a Nevada limited liability company; SYNCO RESEARCH SOLUTIONS TEXAS LLC, a Texas limited liability company; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 8:20-cv-02270-JLS-DFM<br><br>**CONSENT JUDGMENT AND PERMANENT INJUNCTION** |

Pursuant to the Stipulation for Entry of Consent Judgment and Permanent Injunction (Doc. 91) between Plaintiff Edwards Lifesciences LLC ("Edwards"), on the one hand, and Defendants Synco Research Solutions, LLC ("Synco"), Freddie Carter ("Carter"), Faiz Sayed ("Sayed"), Andrew McCoy ("McCoy"), Reginald Walton ("Walton"), Jacob Rivera ("Rivera"), Carter's Research Associates, LLC (Carter's LLC), Synco Research Solutions FL, LLC ("Synco FL"), Synco Research Solutions MS LLC ("Synco MS"), Synco Research Solutions NV LLC ("Synco NV"), and Synco Research Solutions Texas LLC ("Synco Texas") (collectively, "Defendants"), on the other hand (Defendants and Edwards shall collectively be known as the "Parties"), the Court hereby ORDERS that judgment and a permanent injunction shall be and hereby is entered as follows:

## FINDINGS

1. This Court has jurisdiction over the subject matter of this case and over the Parties.

2. Venue is proper as to the Parties in the Central District of California pursuant to 28 U.S.C. § 1391(b).

3. The Second Amended Complaint (Dkt. 52) states prima facie claims upon which relief may be granted against the Defendants under 18 U.S.C. § 1836 *et seq* and California common law.

4. Edwards is a leading, publicly traded medical technology company that specializes in, among other things, designing and developing medical devices such as artificial heart valves and monitoring technologies for patients with heart disease, and also focuses heavily on clinical research, including designing, executing, and monitoring clinical trials. Because the medical device technology industry is highly competitive, and to ensure its competitive advantage within the industry, Edwards carefully safeguards its confidential information and trade secrets that it has spent over six decades compiling, and requires all employees to enter into confidentiality

and nondisclosure agreements.

5. Defendants Carter, Sayed, McCoy, Walton, and Rivera (collectively, the "Individual Defendants") are all former employees of Edwards, and the remaining Defendants are limited liability companies which Edwards contends the Individual Defendants created in order to compete with Edwards, violate their employment agreements, and steal Edwards trade secrets and confidential information (collectively, "Edwards Confidential Information").  Defendants dispute these contentions.

6. Specifically, in February 2019, while all still employed at Edwards, the Individual Defendants formed and launched Defendant Synco, which markets itself as "an owner-operated clinical research operations firm focused on delivering cost effective quality monitoring & project management services" and includes clinical trial project management as one of its service offerings.  The Individual Defendants subsequently launched the remaining LLC Defendants.  At the same time, the Individual Defendants emailed Edwards Confidential Information to their personal email accounts, to each other, to Synco, and to third parties.

7. Edwards believes that the foregoing acts by Defendants (explained in more detail in the Second Amended Complaint Dkt. 52) constitute violations of the Defend Trade Secrets Act, common law unfair competition, conspiracy, breach of contract, breach of duty of loyalty, and intentional interference with contract, and has sustained substantial, immediate, and irreparable injury, and is entitled to monetary relief and an injunction pursuant to 15 U.S.C. §§ 1116-1117 as a direct and proximate result of the Defendants' conduct alleged herein.  Defendants dispute these contentions.

8. Entry of this Consent Judgment and Permanent Injunction is thus in the public interest.

9. Defendants, without admitting the allegations set forth in the Second Amended Complaint or any wrongdoing on their part, and Edwards hereby stipulate

to entry of this Consent Judgment and Permanent Injunction.

10. Defendants have waived all rights to seek judicial review or otherwise challenge or contest the validity of this Order, and further waive and release any claim they may have against Edwards and its employees and agents.

## ORDER

IT IS THEREFORE ORDERED that:

1. Defendants and each of them and, as appropriate, their respective members, officers, employees, agents, representatives, limited liability companies in which they own an interest and anyone acting in concert with any of them, are immediately and permanently enjoined and must refrain from:

   a. using, disclosing, transferring, communicating or permitting anyone else to use or disclose or transfer any Edwards confidential information and trade secrets which include, but are not limited to, Edwards' clinical investigator list, clinical trial protocols, clinical trial site lists, contact lists, clinical trial instructions, standard operating procedures ("SOPs"), clinical trial training materials, including training logs, monitoring plans, compliance reports, and/or any other internal business and operational methods, techniques, strategies, processes, procedures or other similar information, including without limitation the materials specifically identified in the attached Exhibit A (collectively, the "Edwards Confidential Information") and/or any materials derived from or which contain Edwards Confidential Information;

   b. possessing any Edwards Confidential Information; and

   c. aiding, assisting, or abetting any other individual or entity in doing any act prohibited by paragraphs (1)(a) and (1)(b).

2. This Court shall retain jurisdiction to hear and determine all matters arising out of, relating to, and/or otherwise concerning the interpretation and/or enforcement of this Consent Judgment and Permanent Injunction. The Parties'

settlement agreement further anticipates that the Court will retain jurisdiction to enforce terms of the settlement agreement, including the ability to enter an Amended Consent Judgment in the future if necessary.

3. If Defendants are found to be in contempt of, or otherwise to have violated this Consent Judgment and Permanent Injunction, the Parties agree that Edwards shall be entitled to all available relief which it may otherwise request from the Court, including sanctions for contempt, damages, injunctive relief, attorneys' fees, costs, and any other relief deemed proper in the event of such violation.

4. The Parties shall each bear their own costs and attorneys' fees incurred in this action excluding any fees and costs that may be incurred in the future in order to enforce the terms of this Consent Judgment and Permanent Injunction.

**IT IS SO ORDERED.**

DATED: September 13, 2022

　　　　　　　　　　　　　　　　　　HON. JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

# Exhibit A

| Name | Date | Email/File Name |
|---|---|---|
| Jacob Rivera | 1/24/2013 | PreVisitLetter_Detroit_02JAN2013 |
| Jacob Rivera | 2/19/2013 | Shipping Info.zip |
| Jacob Rivera | 4/16/2013 | PreVisitLetter_Houston_Signed12MAR2013 |
| Jacob Rivera | 4/16/2013 | SVL_Houston14MAR2013.pdf |
| Jacob Rivera | 4/16/2013 | Post visit letter CCF04052013_00000.pdf |
| Jacob Rivera | 4/16/2013 | MV_Report_Houston_12MAR2013.pdf |
| Jacob Rivera | 4/16/2013 | Training_Morris.docx |
| Jacob Rivera | 4/16/2013 | Training_Dinh.docx |
| Jacob Rivera | 4/26/2013 | PreVisitLetter_Detroit_16APR2013.pdf |
| Jacob Rivera | 5/8/2013 | PreVisitLetter_HenryFord_2MAY2013.pdf |
| Jacob Rivera | 5/8/2013 | Individual Training Records_HenryFord.docx |
| Jacob Rivera | 5/30/2013 | Form 170 ICF Sponsor Approval Process_JR.doc |
| Jacob Rivera | 5/30/2013 | Form 170 ICF Sponsor Approval Process.doc |
| Jacob Rivera | 7/24/2013 | Individual Training Records_General.docx |
| Jacob Rivera | 7/26/2013 | PreVisitLetter_ScrippsGreen_23JUL2013.docx |
| Jacob Rivera | 8/29/2013 | Mentor Program 12SEP12.pdf |
| Jacob Rivera | 8/29/2013 | Mentor Program 12SEP12.docx |
| Jacob Rivera | 9/23/2013 | FULetter_ScrippsGreen_26AUG2013.pdf |
| Jacob Rivera | 9/23/2013 | FULetter_ScrippsGreen_23JUL2013.pdf |
| Jacob Rivera | 9/24/2013 | PreVisitLetter_ScrippsGreen_10SEP2013 |
| Jacob Rivera | 9/27/2013 | Scripps Green follow-up letter DOC.pdf |
| Jacob Rivera | 10/3/2013 | P2_CRA_Site_Visit_Log_Version_B-_THV.pdf |
| Jacob Rivera | 10/3/2013 | SIV_List_of_Attendees_I_MC.docx |
| Jacob Rivera | 10/3/2013 | Training_IMCblank.docx |
| Jacob Rivera | 10/3/2013 | P2_CS_Site_Visit_Log_-_Version_B-_THV.pdf |
| Jacob Rivera | 10/3/2013 | IntermointainS3visitletter.pdf |
| Jacob Rivera | 10/11/2013 | Postmeetingeval.docx |
| Jacob Rivera | 10/30/2013 | Scripps Memorial28OCT2013_notes.docx |
| Jacob Rivera | 10/30/2013 | Form 170 PARTNER II S3 Cohort Medidata Database Training ILT.doc |
| Jacob Rivera | 10/30/2013 | PreVisitLetter_ScrippsM_P1_29OCT2013.pdf |
| Jacob Rivera | 2/17/2014 | Link for team event photos https://edwardslifesciences.box.com/s/i4egurbyjssvgzw2fqzj |
| Jacob Rivera | 3/27/2014 | ITR_ScrippsG_Kurelowech.pdf |
| Jacob Rivera | 3/27/2014 | ITR_ScrippsG_P1_Kurelowech.pdf |
| Reggie Walton | 4/2/2014 | Protocol II Version 5.5 Training |

| Name | Date | Email/File Name |
|---|---|---|
| Jacob Rivera | 4/16/2014 | MJ CRA Training Tracker 4.2.14.docx |
| Jacob Rivera | 4/24/2014 | Team photo of work event – 20140423_191707.jpg |
| Jacob Rivera | 4/24/2014 | Team photo of work event – 20140423_191711.jpg |
| Faiz Sayed | 5/12/2014 | SOP5029D_UseOfEsignatureAdobe9Pro.pdf, GSOP4.1.009A_ElectronicSignaturespdf.pdf |
| Faiz Sayed | 5/14/2014 | SOP5029D_UseOfEsignatureAdobe9Pro.pdf |
| Faiz Sayed | 5/19/2014 | I-9 Form Rev 3-8-13.pdf |
| Faiz Sayed | 5/21/2014 | PII_Revision_6_0_CLEAN_MASTER_FINAL_18March2014.pdf, PII_Monitoring_Plan_Ver.2.0.pdf |
| Faiz Sayed | 6/10/2014 | Training Agenda and Field Plans_June 10 - 12.doc |
| Faiz Sayed | 6/17/2014 | 20140616_125032.jpg |
| Jacob Rivera | 6/25/2014 | Training Agenda and Field Plans.docx |
| Jacob Rivera | 6/25/2014 | Mentor Program 26MAR2014 clean.docx |
| Jacob Rivera | 6/25/2014 | CRA-Monitor Training Tracker Form_26Mar2014 |
| Faiz Sayed | 8/29/2014 | 20140829_133915.jpg |
| Jacob Rivera | 4/23/2015 | PostVisitLetter_Beaumont_22-26Apr13.pdf |
| Jacob Rivera | 4/23/2015 | MVR_Beaumont_06-08Nov12.pdf |
| Jacob Rivera | 4/23/2015 | MVR_Beaumont_06-08Nov12.pdf |
| Jacob Rivera | 4/23/2015 | PostVisitLetter_Beaumont_06-08Nov12.pdf |
| Jacob Rivera | 4/23/2015 | SVL_Beaumont_22-24JAN13.pdf |
| Faiz Sayed | 7/20/2015 | Informational email with important dates |
| Reggie Walton | 9/4/2015 | SDV Projection_03Sep2015 |
| Faiz Sayed | 12/17/2015 | Know Your Numbers Program 2015_16.pdf |
| Faiz Sayed | 1/6/2016 | Know Your Numbers Program 2015_16.pdf |
| Faiz Sayed | 1/7/2016 | CRA Device Accountability WaveMark Application User Guide 10Dec15.pdf |
| Faiz Sayed | 1/12/2016 | Resort Map.pdf |
| Faiz Sayed | 3/8/2016 | CS3 Investigator Meeting agenda.doc |
| Faiz Sayed | 3/8/2016 | COMPASSION S3 Informed Consent Template Ver 3 Clean.doc, COMPASSION S3 protocol - Ver 3 Feb 2016.pdf, FDA Full Approval letter version 3_26Feb16 .pdf |
| Faiz Sayed | 3/8/2016 | 00 - Protocol - Compassion - Rev J 11-2010.pdf, COMP_Mon_Plan Rev 5_0Apr 2014 FINAL.pdf |
| Faiz Sayed | 4/4/2016 | C1 Cedars SVL 22March2016.pdf |
| Reggie Walton | 4/18/2016 | Site Feasibility Survey |
| Jacob Rivera | 5/9/2016 | Team photo of a work event EDWARDSLIFESCIENCES-7980.jpg |
| Faiz Sayed | 5/11/2016 | Rooming List.pdf |

| Name | Date | Email/File Name |
|---|---|---|
| Andrew McCoy | 5/31/2016 | Andrew McCoy's I9 form |
| Jacob Rivera | 7/7/2016 | MV Report – Pre Investigation – Version B.doc |
| Jacob Rivera | 7/7/2016 | Partner 3 Pre-Investigational Visit Site Attendee Sign-In.doc |
| Jacob Rivera | 7/7/2016 | Site Visit Log Template – Version E-THV_3FEB16.doc |
| Jacob Rivera | 7/7/2016 | Site Feasibility survey partner 3.pdf |
| Jacob Rivera | 7/7/2016 | Site questionnaire Partner 3.pdf |
| Jacob Rivera | 7/7/2016 | PARTNER 3 Protocol Synopsis on clinicaltrials.gov |
| Andrew McCoy | 8/16/2016 | Morgan Stanley_Esential Documents Tracker |
| Faiz Sayed | 9/14/2016 | Redhill Campus Map.pdf, THV Team Meeting Agenda - September 2016.pdf |
| Jacob Rivera | 9/26/2016 | ITR_P3_Sutter_Ericcson.pdf |
| Jacob Rivera | 9/26/2016 | ITR_P3_Sutter_Huang.pdf |
| Jacob Rivera | 9/26/2016 | ITR_P3_Sutter_Ingram.pdf |
| Jacob Rivera | 9/26/2016 | ITR_P3_Sutter_Kincade.pdf |
| Jacob Rivera | 9/26/2016 | ITR_P3_Sutter_Longoria.pdf |
| Jacob Rivera | 9/26/2016 | ITR_P3_Sutter_Murillo.pdf |
| Jacob Rivera | 9/26/2016 | ITR_P3_Sutter_Roberts.pdf |
| Jacob Rivera | 9/26/2016 | ITR_P3_Sutter_Xu.pdf |
| Jacob Rivera | 9/26/2016 | ITR_P3_Sutter_Blank.pdf |
| Jacob Rivera | 12/5/2016 | DoA Change Request Form – Scripps Green |
| Jacob Rivera | 12/5/2016 | DoA – Scripps Green |
| Jacob Rivera | 12/5/2016 | Device Shipping Transfer Form – UVA – ship note 6427347 |
| Jacob Rivera | 12/5/2016 | Device Shipping Transfer Form UVA ship note 6228935 |
| Jacob Rivera | 12/7/2016 | S3i CAP Data Monitoring Listings 20161110.zip |
| Jacob Rivera | 12/7/2016 | S3iCAP Data Monitor All Sites_20161110.zip |
| Freddie Carter | 12/14/2016 | Partner 1 Clousure Training slides |
| Faiz Sayed | 1/14/2017 | PICS AICS_Conference Summary_Jan 2017.pdf, PICS-AICS Program Agenda 2017.pdf, MIAMI PICS.pdf |
| Faiz Sayed | 1/19/2017 | PAR_Requirements.pdf |
| Faiz Sayed | 2/7/2017 | 20170207_144247.jpg |
| Faiz Sayed | 2/7/2017 | 20170207_144403.jpg |
| Faiz Sayed | 2/9/2017 | New Doc 1_1.pdf |
| Freddie Carter | 3/15/2017 | Delegation of Authority Form |
| Faiz Sayed | 3/19/2017 | screenshot travel itinerary.jpg |

| Name | Date | Email/File Name |
|---|---|---|
| Faiz Sayed | 5/2/2017 | Site ITR- Version A_PAS_Connolly.doc, Site ITR- Version A_PAS_Hughes.doc, Site ITR- Version A_PAS_Javois.doc, Site ITR- Version A_PAS_Patel.doc, CXT PAS SIV Site Attendee Sheet 03May2017.pdf, CXT PAS SiteVisitLog_CRA_Template_vA_PAS_24May16(1).pdf, CXT PAS SiteVisitLog_CS_Template_vA_PAS_24May16.pdf |
| Faiz Sayed | 5/3/2017 | Site ITR- Version .doc |
| Faiz Sayed | 5/4/2017 | New Doc 9.pdf |
| Andrew McCoy | 5/5/2017 | Site ITR - Version A- 26Feb16 |
| Faiz Sayed | 5/15/2017 | New Doc 9_6.pdf |
| Faiz Sayed | 5/15/2017 | New Doc 9_1.pdf |
| Andrew McCoy | 5/17/2017 | Discharge Instructions |
| Faiz Sayed | 6/15/2017 | New Doc 10_1.pdf |
| Faiz Sayed | 6/19/2017 | eTicket Itinerary and Receipt for Confirmation N510NB.webpage |
| Faiz Sayed | 6/23/2017 | Cover Letter CTL.doc |
| Faiz Sayed | 6/26/2017 | FSayed Resume 2017_redlined.doc, FSayed PulmCTL Points of Interest_redlined.doc, Fsayed PulmCTL Cover Ltr_redlined.doc |
| Faiz Sayed | 6/27/2017 | New Doc 12_1.pdf |
| Faiz Sayed | 7/7/2017 | New Doc 13.pdf |
| Andrew McCoy | 7/10/2017 | Manage E6(R2) Changes with Our New Introduction to Good Clinical Practice eLearning Course |
| Faiz Sayed | 7/17/2017 | PrintIFrame.pdf |
| Faiz Sayed | 7/17/2017 | 20170616_144037.jpg |
| Freddie Carter | 7/27/2017 | Individual Training Record Template |
| Faiz Sayed | 8/11/2017 | Compassion S3_DOA_11Aug2017.pdf |
| Faiz Sayed | 8/17/2017 | New Doc 19_2.pdf |
| Faiz Sayed | 8/17/2017 | New Doc 19.pdf |
| Faiz Sayed | 8/17/2017 | New Doc 18_1.pdf |
| Faiz Sayed | 9/1/2017 | email re vacation |
| Faiz Sayed | 9/1/2017 | New Doc 17_1.pdf |
| Faiz Sayed | 9/13/2017 | New Doc 21.pdf |
| Faiz Sayed | 10/3/2017 | INTRO_Creating Your Personal Brand & Building Your Network.ppt |
| Jacob Rivera | 10/6/2017 | CA-17-03 THY US Audit Report v6.doc.pdf |
| Jacob Rivera | 10/6/2017 | Fwd: THV US - PARTNER3 - Audit Closing Meeting |
| Jacob Rivera | 10/16/2017 | CA-17-03_THV_US_Audit_Report_v6.doc.pdf |

| Name | Date | Email/File Name |
|---|---|---|
| Faiz Sayed | 10/24/2017 | WIRB COA_Initial Approval_09OCT2017.ppt, EARLY TAVR_Study Operational Slides_20170608_FE1_.pdf, EARLY TAVR_Protocol Training Slides_20170608_FE1_.pdf |
| Freddie Carter | 10/24/2017 | Site Attendance Template, SVL Templates |
| Faiz Sayed | 10/28/2017 | CS3 IM 29Oct2017FINAL.ppt |
| Faiz Sayed | 11/29/2017 | ALTERRA_Site Visit Log_Emory_CHOA.doc, ALTERRA_SIV_Attendance Sheet_EMORY_30Nov2017.doc |
| Faiz Sayed | 12/6/2017 | STAMPED_Alterra_ICF_CLEAN_24NOV2017_FINAL.doc |
| Faiz Sayed | 2/23/2018 | New Doc 2018-02-21.pdf, New Doc 2018-02-21 (1).pdf |
| Faiz Sayed | 4/13/2018 | New Doc 2018-04-05_1.pdf |
| Faiz Sayed | 4/17/2018 | screenshot emailed for IT |
| Faiz Sayed | 5/29/2018 | new doc 2018-05-29 10.08.34.pdf |
| Reggie Walton | 11/15/2018 | Clinical_Research_101_Aug2016.ppt |
| Faiz Sayed | 11/16/2018 | ALTERRA_Study Training slides_v3.0 Oct2018_FS.ppt, ALTERRA_Operational Training slides_v3.0 Oct2018_FS.ppt |
| Jacob Rivera | 12/14/2018 | New Doc 2018-12-1411.21.21.pdf |
| Andrew McCoy | 1/3/2019 | P3 AVIV Follow Up Visit Calculator |
| Jacob Rivera | 1/30/2019 | AVIV_ITR_Ahsoy_30JAN2019.pdf |
| Jacob Rivera | 1/30/2019 | AVIV_ITR_Ascencio_30JAN2019.pdf |
| Jacob Rivera | 1/30/2019 | AVIV_ITR_Benharash_30JAN2019.pdf |
| Jacob Rivera | 1/30/2019 | AVIV_ITR_Blank_30JAN2019.pdf |
| Jacob Rivera | 1/30/2019 | AVIV_ITR_Chinchilla_30JAN2019.pdf |
| Jacob Rivera | 1/30/2019 | AVIV_ITR_Hutching_30JAN2019.pdf |
| Jacob Rivera | 1/30/2019 | AVIV_ITR_Kwon_30JAN2019.pdf |
| Jacob Rivera | 1/30/2019 | AVIV_ITR_Miller_30JAN2019.pdf |
| Jacob Rivera | 1/30/2019 | AVIV_ITR_Moriarty_30JAN2019.pdf |
| Jacob Rivera | 1/30/2019 | AVIV_ITR_Satou_30JAN2019.pdf |
| Jacob Rivera | 1/30/2019 | AVIV_ITR_Saver_30JAN2019.pdf |
| Jacob Rivera | 1/30/2019 | AVIV_ITR_Shemin_30JAN2019.pdf |
| Jacob Rivera | 1/30/2019 | AVIV_ITR_Suh_30JAN2019.pdf |
| Jacob Rivera | 1/30/2019 | AVIV_ITR_Uehisa_30JAN2019.pdf |
| Jacob Rivera | 1/30/2019 | AVIV_ITR_Vorobiof_30JAN2019.pdf |
| Jacob Rivera | 1/30/2019 | AVIV_ITR_Yang_30JAN2019.pdf |
| Jacob Rivera | 1/30/2019 | ITR_UCLA_Ahsoy_30JAN2019.pdf |

| Name | Date | Email/File Name |
|---|---|---|
| Jacob Rivera | 1/30/2019 | ITR_UCLA_Ascencio_30JAN2019.pdf |
| Jacob Rivera | 1/30/2019 | ITR_UCLA_Benharash_30JAN2019.pdf |
| Jacob Rivera | 1/30/2019 | ITR_UCLA_Blank_30JAN2019.pdf |
| Jacob Rivera | 1/30/2019 | ITR_UCLA_Chinchilla_30JAN2019.pdf |
| Jacob Rivera | 1/30/2019 | ITR_UCLA_Hutching_30JAN2019.pdf |
| Jacob Rivera | 1/30/2019 | ITR_UCLA_Kwon_30JAN2019.pdf |
| Jacob Rivera | 1/30/2019 | ITR_UCLA_Miller_30JAN2019.pdf |
| Jacob Rivera | 1/30/2019 | ITR_UCLA_Satou_30JAN2019.pdf |
| Jacob Rivera | 1/30/2019 | ITR_UCLA_Saver_30JAN2019.pdf |
| Jacob Rivera | 1/30/2019 | ITR_UCLA_Shemin_30JAN2019.pdf |
| Jacob Rivera | 1/30/2019 | ITR_UCLA_Suh_30JAN2019.pdf |
| Jacob Rivera | 1/30/2019 | ITR_UCLA_Uehisa_30JAN2019.pdf |
| Jacob Rivera | 1/30/2019 | ITR_UCLA_Vorobiof_30JAN2019.pdf |
| Jacob Rivera | 1/30/2019 | ITR_UCLA_Yang_30JAN2019.pdf |
| Faiz Sayed | 2/5/2019 | Supp Form 12355 Zahn recapture 2.5.19.pdf; ALTERRA_IndividualTrainingLog_Nevin.pdf; ALTERRA_IndividualTrainingLog_Thomson.pdf; ALTERRA_IndividualTrainingLog_Zahn.pdf; ALTERRA_IndividualTrainingLog_Almeida-Jones.pdf; ALTERRA_IndividualTrainingLog_Chang.pdf; ALTERRA_IndividualTrainingLog_Early.pdf; ALTERRA_IndividualTrainingLog_Garg.pdf |
| Freddie Carter | 2/11/2019 | Emory University SVL |
| Freddie Carter | 2/21/2019 | Emory CHOA SVL |
| Freddie Carter | 3/4/2019 | Emory Altera SVL |
| Freddie Carter | 3/19/2019 | Dr. Law from UAB Training record |
| Freddie Carter | 3/19/2019 | CRC Jordan Huskey from UAB Training record |
| Freddie Carter | 3/19/2019 | CRC Kristal Huck from UAB Training Record |
| Faiz Sayed | 3/20/2019 | FSayed Resume 2019_Final.doc |
| Freddie Carter | 3/20/2019 | Mount Sinai Compassion XT SVL |
| Andrew McCoy | 3/28/2019 | DOC-0101981A User Account Activation Guide,pdf |

| Name | Date | Email/File Name |
|---|---|---|
| Reggie Walton | 4/1/2019 | Visit_Report_Metrics_Tracker_Overall_07Mar2019.xlsx; CTL_Query_Report_Metrics_Tracker p 3ViV_07Mar2019.xlsx; CTL_Adverse_Event_Report_Metrics_Tracker ETAVR_07Mar2019.xlsx; CTL_Protocol_Deviation_Report_Metrics_Tracker_12Feb2019.xlsx; CTL_Operation_Manual_Version_Clean_29Jan2019.docx; Regulatory Reconciliation Tracker_25Mar2019.xlsx; PARTNER_3_MVR_Lifetime_Summary_05Mar2019.xlsx; 1_1 Meeting Minutes_Version_Mar2019.docx; |
| Reggie Walton | 4/1/2019 | Data Metrics All Studies 05MAR2019, Data Metrics Master |
| Reggie Walton | 4/3/2019 | Career Continuum_Monitoring_SME.xlsx; Career Continuum_Monitoring_Professional.xlsx; Career Continuum_Monitoring_Management.xlsx; |
| Reggie Walton | 4/3/2019 | Dave Kitscha & Jessica Templeton CV |
| Freddie Carter | 4/30/2019 | Emory Compassion S3 SVL |
| Andrew McCoy | 5/3/2019 | Fw: Scan Apr 12, 2019, 11.33; Fw: Scan May 3, 2019, 11.35 |
| Andrew McCoy | 5/30/2019 | Training Record Form Emmallee Nichols  Fw: Scan May 30, 2019, 10.41 |
| Freddie Carter | 6/10/2019 | Emory University Alterra SVL |
| Freddie Carter | 6/19/2019 | Emory University SVL |
| Freddie Carter | 6/19/2019 | Emory CHOA SVL |
| Reggie Walton | 6/19/2019 | Manager Quality Control Plan_2018-Draft 1 (002)_RW.docx; Manager Quality Control Plan_17Jan2018 Final v1 .pdf; |
| Faiz Sayed | 6/24/2019 | ALTERRA_Study Training slides_v3.0 Dec2018 FINAL_CaseRev1.ppt |
| Faiz Sayed | 6/25/2019 | ALTERRA SIV SVL CHOP_26June2019.pdf, ALTERRA_SIV_Attendance Sheet_CHOP_26June2019.doc |
| Andrew McCoy | 6/28/2019 | Site Visit Log Ochnser Hospital 06Jun2019 |
| Freddie Carter | 7/9/2019 | Children's National XT confirmation letter for July 10, 2019.pdf |
| Freddie Carter | 7/16/2019 | Emory Compassion Confirmation Letter |
| Freddie Carter | 7/17/2019 | Duke Compassion SVL |
| Jacob Rivera/Reggie Walton | 7/19/2019 | Partner3_out_4Comeco_v2_27FEB17.xls; Partner 3 Page Metrics for CRAs 09OCT17.xls; P3 Data Page_SDV Report_Audit_2017-12-02.xls; Data_Metrics_All_Studies_1SApr2019.xlsx; Data_Metrics_All_Studies_30Jul2018.xlsx; |
| Freddie Carter | 7/22/2019 | Site Visit Log Template-Ver B_COMPASSION_14Jan12.pdf |
| Andrew McCoy | 7/23/2019 | CS_02_Duke_IMV_Follow-up_Letter_28FEB2018 |
| Andrew McCoy | 7/23/2019 | CS_02_Duke_MVR_28Feb2018 Signed |
| Faiz Sayed | 7/29/2019 | new doc 2019-07-17 15.37.17 |

| Name | Date | Email/File Name |
|---|---|---|
| Jacob Rivera/Reggie Walton | 7/30/2019 | Visit_Report_Metrics_Tracker_Overall_ 18Jun2019.xlsx; |
| Faiz Sayed | 8/18/2019 | ALTERRA CT cMRI Acqusition Protocol v3.0.pdf; ALTERRA ECHO Acquisition Protocol v3.0.pdf; ALTERRA Pivotal CXR Fluoro Protocol V4.0 January 2019 [FINAL SITE].pdf; ALTERRA PSP V3.0 Dec 2018.pdf; ALTERRA_FDF_Gowda.pdf; ALTERRA_FDF_Justino.pdf; ALTERRA_FDF_Qureshi.pdf; ALTERRA_FDF_Stapleton.pdf; ALTERRA_IndividualDOA_Botelho.pdf; ALTERRA_IndividualDOA_DrJustino.pdf; ALTERRA_IndividualDOA_Gowda.pdf; ALTERRA_IndividualDOA_LindaDrake.pdf; ALTERRA_IndividualDOA_Qureshi.pdf; ALTERRA_IndividualDOA_Stapleton.pdf; ALTERRA_IndividualDOA_Weigand.pdf; ALTERRA_Investigator Agreement Form.pdf; ALTERRA Texas Children's Hospital Regulatory Documents.eml; Supp Form 12355 Armstrong_Texas Children.pdf; SalesForce.pdf; SalesForce_LindaDrake.pdf; ALTERRA_IndividualTrainingLog_.pdf; ALTERRA_IndividualDOA_LindaDrake.pdf; ALTERRA_IndividualDOA.pdf |
| Faiz Sayed/Reggie Walton | 8/22/2019 | ALTERRA Safety Process V2_31Aug2018.pdf |
| Faiz Sayed | 9/13/2019 | ALTERRA Query Detail 13Sep19.xls, ALTERRA Protocol Deviations 13Sep19.xls, ALTERRA - 360 Data Cleaning Progress - 13Sep2019.xls |
| Faiz Sayed | 9/15/2019 | ALTERRA Core Team Meeting Minutes_16Aug2019.pptx; ALTERRA Data Page % SDV Report 2019-09-14-04-56-38.xlsx |
| Jacob Rivera | 9/23/2019 | Scan SEP 23, 2019 (4).pdf |
| Andrew McCoy | 9/25/2019 | Site Visit Log St Thomas Health P3 18Sep2019 |
| Jacob Rivera/Reggie Walton | 9/26/2019 | Copy of Career Continuum_Manager_SME_ Track.xlsx; Career Continuum_Managment_Track.xlsx; Copy of Career Continuum_FieldMonitor.xlsx; |
| Jacob Rivera/Reggie Walton | 11/11/2019 | CA 17-03-01 Implementation DRAFT 28Nov17.doc; CA-17-03-09 THV US I NV 30AUG2018_J R_RW KF RW2.docx; CA 17-03-01 Implementation DRAFT 19JAN2018.doc; |
| Freddie Carter/Andrew McCoy | 11/13/2019 | Swot 2019.pdf |
| Andrew McCoy | 11/21/2019 | ETV_Site_Visit_Log_May 2019_v.1.1.pdf |

| Name | Date | Email/File Name |
|---|---|---|
| Andrew McCoy | 11/21/2019 | Training Log_Presby Dallas 805 Carson Page 2.pdf; Training Log_Presby Dallas 805 Carson.pdf; Training Log_Presby Dallas 805 Justus Page 2.pdf; Training Log_Presby Dallas 805 Justus.pdf; Training Log_Presby Dallas 805 King Page 2.pdf; Training Log_Presby Dallas 805 King.pdf; Training Log_Presby Dallas 805 Park Page 2.pdf; Training Log_Presby Dallas 805 Park.pdf; Training Log_Presby Dallas 805 Shah.pdf; EARLY TAVR SIV Attendee Log.pdf |
| Faiz Sayed/Reggie Walton | 11/25/2019 | Start Up June2019.pdf, PARTNER 3 Site Training Matrix Ver2.0 Final 22Jul2016.pdf, Training Matrix_EARLY TAVR_Version A_DEC2016.pdf, Early TAVR- (Documents for Sites) 6MWT instructions v1.1 MAy2017.pdf, Clinical Systems Assessments Mar2017.pdf, CRF Completion Guidelines v1.0 Jun2017.pdf, MEdical Histroy Worksheet_v1.0 Apr2017.docx, Protocol Deviation Worksheet Completion Guidelines v1.1 May2017.pdf, Protocol Deviation Worksheet v1.0 Apr2017.pdf, Protocol Training slides_20170608_FE1.pdf, Study Operational Slides_20170608_FE1_.pdf, Treadmill Stress Test Manual of Operations_v1.1 Jun2017.pdf |
| Faiz Sayed | 11/25/2019 | Start Up June2019.pdf; PARTNER 3 Site Training Matrix Ver2.0 Final 22Jul2016.pdf; Training Matrix_EARLY TAVR_Version A_DEC2016.pdf; 20170614_EARLY TAVR Documents_For Sites.zip |
| Jacob Rivera | 12/3/2019 | Scan Dec 3, 2019.pdf |
| Jacob Rivera | 12/5/2019 | Scan Dec 5, 2019.pdf |
| Andrew McCoy | 1/20/2020 | DOC-0091173C.pdf; English Titanium Book.pdf; fWIAk5rfol2iQB_DgEA05Mdol2iQB.DOCX; DOC-0076958M.pdf; aiPA0v6 5ol2iQB i PLAFckbol2 iQB.docx; V7 FA0v65ol2iQB _DO LAI Mw7 ol2iQB.docx; 26dae4 7b-b 14 9-4ca3-ae2a-779fd936dbd0.xls; YFEA0v65 ol2iQB _ GQOAFE4Aol2iQB.docx; 6PNA0v6 5ol2 iQB 1 dCAFE4Aol2 iQB.docx; BZ IAVEe5ol2iQB _yz BAVUqUol2iQB. docx; DOC-0043573A (1).pdf; DOC-0036448E (1).pdf |
| Andrew McCoy | 1/23/2020 | Information on CRA Straining Series |
| Faiz Sayed | 1/25/2020 | Compliance report_23JAN2020.xls, Alterra Compliance report_24Jan2020.xls |
| Faiz Sayed | 1/29/2020 | QuestOrderRequisition Jan2020.pdf, AS QuestOrderRequisition Jan2020.pdf |
| Faiz Sayed | 2/3/2020 | Clin Dev and startup.doc, Clin Dev Inv and Startup.doc, Clinical Trial Execution RevB.pdf, Start Up June2019.pdf |
| Andrew McCoy | 2/23/2020 | BIMO Inspection_Overview and Lessons Learned_P3_17Sep2019 (2).pptx |

| Name | Date | Email/File Name |
|---|---|---|
| Andrew McCoy | 2/23/2020 | https://nam11.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.h hs.gov%2Fohrp%2Fsachrp-committee%2Frecommendations%2F2012-march-30- letter-attachment-c%2Findex.html%23targetText%3DProtocol%2520deviations.%2Cintended%25 20as%2520a%2520systematic%2520change.%26targetText%3DApproved%252 0by%2520the%2520IRB%2520and%2Cs)%2520to%2520human%2520subjects &amp;data=02%7C01%7C%7Cfdccf87fc7f249c6b3df08d7b8b9f353%7C84df9e 7fe9f640afb435aaaaaaaaaaaa%7C1%7C0%7C637180981095275548&amp;sdat a=Olyzrryu5wuZFE69a%2BazhaccJBU5tS6Lvoobfae5iTo%3D&amp;reserved=0). |
| Jacob Rivera/Andrew McCoy | 3/9/2020 | V7FA0v65ol2iQB_D0LAI Mw 7 ol2iQB.docx |
| Andrew McCoy/Jacob Rivera | 3/10/2020 | Transfer_Report_2016_07_CentraCare_11Jul2019 Transfer_Communication_CentraCare_12Jul2019_Nichols Transfer_Report_2015_08_Univ_Minn_11Jul2019_Nichols Transfer_Report_2016_07_Univ_Minn_11Jul2019_Nichols Transfer_Communication_Univ_Minnesota_12Jul2019_Nichols Transfer_Report_2015-08AVIV_Allegheny_11JUL2019_Nichols Transfer_Report_2015-08_Allegheny_11JUL2019_Nichols Transfer_Report_2016-07_Allegheny_11JUL2019_Nichols Transfer_Communication_Allegheny_12Jul2019_Nichols |
| Andrew McCoy/Jacob Rivera | 3/10/2020 | AVIVI COV MVR guideline P3_AVIV_COV_Lettter_Oklahoma_23SEP2019 AVIV Close-out visit Slides KK P3_AVIV_COV_Letter_Oklahoma_23Sep2019 |
| Andrew McCoy | 3/10/2020 | Site Visit Log Ochsner Hospital 28FEB2020 |
| Faiz Sayed | 3/13/2020 | 2016-04 USA PDS v5 Protocol.pdf, ALTERRA Monitoring Plan_v3.0_DRAFT_March2020_FS.doc, THV Monitoring Plan Template_v2.0_01Feb2020_EU comments.doc |
| Andrew McCoy/Jacob Rivera | 3/17/2020 | Site Personnel Training Matrix 4.0 Dec2019 Protocol 3.0 Training Matrix |
| Freddie Carter | 3/17/2020 | Device Accountability Refresher 170_24Feb20.pdf |
| Faiz Sayed | 3/26/2020 | Alterra Compliance reports for 26MAR2020 |
| Andrew McCoy | 3/26/2020 | Site Visit Log UT Houston 12MAR2020; Scan Mar 12, 2020, 10.19 |
| Faiz Sayed | 4/2/2020 | FW_ Alterra & CS3 Compliance Reports.xls, Alterra & CS3 Compliance Reports.xls, FW_ Alterra Compliance reports for 26MAR2020.xls |

| Name | Date | Email/File Name |
|---|---|---|
| Faiz Sayed | 4/2/2020 | Compliance report_06FEB20.xls, Alterra Compliance Report 20Feb2020.xls |
| All | 4/26/2020 | Clinical Trial St art-up.docx |
| All | 4/26/2020 | Synco_SOP_Template.docx |
| All | 4/26/2020 | Clinical Trial Execution.docx |
| Andrew McCoy/Jacob Rivera | 5/4/2020 | EARLY TAVR _IDE APR 2019_17DEC2019_final_Site Version |
| Faiz Sayed/Jacob Rivera | 5/11/2020 | Investigator Agreement.doc |
| Andrew McCoy/Reggie Walton | 5/14/2020 | 2010-12 Device Accountability Log Transfer_of_investigational_Product_PARTNER II; 2010-12 Device Accountability Log_9000TFX23_ 10242011.pdf |
| Jacob Rivera/Andrew McCoy | 5/17/2020 | Site Personnel Training Matrix 4.0_DEC2019.pdf; Protocol 3.0 Training Matrix.pdf |
| All | 5/18/2020 | Managing PDs.pdf |
| Andrew McCoy | 5/20/2020 | ETV_MP_v2.0_4.29.2020 Final.pdf |
| All | 5/29/2020 | Synco_Individual_Training_Form |
| Andrew McCoy | 6/8/2020 | Fw: Scan May 28, 2020 09.13.pdf |
| Andrew McCoy | 6/8/2020 | Site Visit Log Baptist Memorial 28MAY2020 |
| Andrew McCoy | 7/3/2020 | filename (1).csv (Description: 364 page clinical site list) |
| Andrew McCoy | 7/3/2020 | Early TAVR Compliance Report Vanderbilt University Medical Center 25JUN2020.xlsb |
| Andrew McCoy | 8/19/2020 | FM9167 Rev. 00 Device Accountability Log.docx |
| Reggie Walton/Andrew McCoy | 8/31/2020 | RACI CHART _Clinical_Monitoring_07Mar2016.xlsx; Role & Responsibility Charting (RACI).pdf |
| Faiz Sayed | 9/15/2020 | ALTERRA Core Team Meeting Minutes_16Aug2019.ppt |
| Faiz Sayed | 9/15/2020 | ALTERRA Data Page % SDV Report 2019-09-14-04-56-38.xls |
| Faiz Sayed | 9/16/2020 | ALTERRA Core Team Meeting Slides_FS_16Sept2019 (1).ppt |
| Freddie Carter/Jacob Rivera/Andrew McCoy | 9/21/2020 | scan0068.pdf; scan0069.pdf; scan0070.pdf; scan0071.pdf; scan0065.pdf; scan0066.pdf; scan0067.pdf; scan0062.pdf; scan0063.pdf; scan0064.pdf |

| Name | Date | Email/File Name |
|---|---|---|
| Faiz Sayed/Andrew McCoy | 9/22/2020 | eTMF Veeva Vault Training.pdf, CA10135 - Veeva eTMF DM Training 31Jul2015.pdf, Veeva eTMF Training Rev A 05Oct2015.pdf; Veeva.zip |
| Faiz Sayed | 9/24/2020 | ICF Checklist Copy.doc |
| Faiz Sayed/Jacob Rivera | 9/25/2020 | ICF Checklist Copy.doc |
| Faiz Sayed/Jacob Rivera | 9/29/2020 | Monitoring Plan Template_v4.0_FINAL_Redlines_ 17Sept2020_rev2.doc |
| Faiz Sayed | 9/29/2020 | Alterra THV Monitoring Plan Template_v4.0_FINAL_Redlines_17Sept2020_rev2.docx |
| All | 11/17/2020 | English Titanium Book.pdf |
| Jacob Rivera | | DOC-0066278 Rev.A – THV Clinical Affairs CPM Work Instructions – Managing PDs |
| Jacob Rivera | | EARLY TAVR_IDE APR 2019_17Dec2019 FINAL_site version.pdf |
| Jacob Rivera | | Site Personnel Training Matrix 4.0_DEC2019 |
| Jacob Rivera | | Protocol 3.0 Training Matrix.pdf |
| Jacob Rivera | | AVIV COV MVR guideline.pdf |
| Jacob Rivera | | P3AVIV_COV_Letter_Oklahoma_23SEP2019.pdf |
| Jacob Rivera | | AVIV Close-out visit slides KK.pptx |
| Jacob Rivera | | P3_AVIV_COV_Letter_Oklahoma_23SEP2019 |
| | | |
| | | |